.IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACORN SEMI, LLC § § | |
| v. § | Case No. 2:19-cv-00347-JRG |
| § | |
| SAMSUNG ELECTRONICS CO., LTD., § ET AL § | |

MINUTES FOR JURY TRIAL DAY NO. 1
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
May 13, 2021

**OPEN: 08:43 AM**                                                        **ADJOURN:  05:51 PM**

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Lee Matalon<br>Cason Cole<br>Thomas Derbish |
| COURT REPORTER: | Dana Hayden, CCR, RMR, CRR, CRC |
| COURTROOM DEPUTY: | Andrea Brunson |

| TIME | MINUTES |
|---|---|
| 08:43 AM | Court opened. |
| 08:44 AM | Court asked for announcements from counsel. |
| 08:44 AM | Jury entered the courtroom. |
| 08:45 AM | Court's greeting, introduction and preliminary instructions to Jury. |
| 09:17 AM | Jurors were given jury notebooks. |
| 09:18 AM | Court continued with preliminary instructions to Jury. |
| 09:26 AM | Plaintiff's opening statement by Mr. Hueston. |
| 09:53 AM | Defendants' opening statement by Mr. Cordell. |
| 10:24 AM | Opening statements concluded. |
| 10:25 AM | Plaintiff invoked the Rule to exclude expert witnesses and corporate representatives. |
| 10:25 AM | Jury recessed for morning break. |
| 10:26 AM | Court recessed. |
| 10:45 AM | Court reconvened. |
| 10:45 AM | Jury returned to courtroom. |
| 10:46 AM | Witness sworn.  Direct examination of Dr. Daniel Grupp by Mr. Hueston. |

| TIME | MINUTES |
|---|---|
| 11:35 AM | Cross examination of Dr. Daniel Grupp by Mr. Cordell. |
| 11:54 AM | Objection raised, to be addressed outside the presence of the jury. |
| 11:56 AM | Court excused Jury for lunch. |
| 11:56 AM | Court instructed counsel to appear in chambers to address the objection issue. |
| 11:58 AM | Court recessed. |
| 01:20 PM | Court reconvened. |
| 01:21 PM | Jury returned to courtroom. |
| 01:21 PM | Cross examination of Dr. Daniel Grupp by Mr. Cordell, continued. |
| 01:37 PM | Redirect examination of Dr. Daniel Grupp by Mr. Hueston |
| 01:45 PM | Witness excused. |
| 01:46 PM | Witness sworn.  Direct examination of Mr. Tom Horgan by Mr. Hueston. |
| 02:17 PM | Court to take up a matter with counsel outside presence of the Jury. |
| 02:17 PM | Jury retired to jury room. |
| 02:18 PM | Court addressed issue with parties. |
| 02:18 PM | Jury returned to courtroom. |
| 02:19 PM | Cross examination of Mr. Tom Horgan by Mr. Fowler. |
| 02:44 PM | Redirect examination of Mr. Tom Horgan by Mr. Hueston. |
| 02:50 PM | Recross examination of Mr. Tom Horgan by Mr. Fowler. |
| 02:52 PM | Further redirect examination of Mr. Tom Horgan by Mr. Hueston. |
| 02:52 PM | Witness excused. |
| 02:53 PM | **Courtroom sealed.** |
| 02:53 PM | Mr. Dixon introduced the video deposition of Mr. Kin-Sang Lam. |
| 03:02 PM | Video deposition of Mr. Kin-Sang Lam concluded. |
| 03:02 PM | **Courtroom unsealed.** |
| 03:02 PM | Mr. Dixon introduced the video deposition of Mr. David Moreau. |
| 03:16 PM | Video deposition of Mr. David Moreau concluded. |
| 03:16 PM | Mr. Dixon introduced the video deposition of Mr. Moon-Young Jeong. |
| 03:20 PM | Video deposition of Mr. Moon-Young Jeong concluded. |
| 03:21 PM | Jury recessed for afternoon break. |
| 03:21 PM | Court recessed. |
| 03:42 PM | Court reconvened. |
| 03:43 PM | Jury returned to courtroom. |
| 03:44 PM | Mr. Dixon introduced the video deposition of Ms. Kyung-Eun Byun. |
| 03:52 PM | Video deposition of Ms. Kyung-Eun Byun concluded. |
| 03:52 PM | Mr. Dixon introduced the video deposition of Mr. Joo-Il Lee. |
| 04:11 PM | Video deposition of Mr. Joo-Il Lee concluded. |
| 04:11 PM | Mr. Dixon introduced the video deposition of Mr. Min-Hyun Lee. |
| 04:37 PM | Video deposition of Mr. Min-Hyun Lee concluded. |
| 04:37 PM | Witness sworn.  Direct examination of Mr. Stephen Dell by Mr. Dixon. |
| 04:58 PM | **Courtroom sealed.** |
| 04:59 PM | Direct examination of Mr. Stephen Dell by Mr. Dixon, continued. |
| 05:21 PM | **Courtroom unsealed.** |
| 05:21 PM | Direct examination of Mr. Stephen Dell by Mr. Dixon, continued. |
| 05:45 PM | Jury excused for the day. |

| TIME | MINUTES |
|---|---|
| 05:47 PM | Issue raised before the Court by Mr. McKeon on behalf of Defendants re: an MIL.  Mr. Dixon responded on behalf of Plaintiff. |
| 05:49 PM | Court provided guidance re: MIL as set forth in the record. |
| 05:51 PM | Court adjourned for the day. |