.IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACORN SEMI, LLC § | |
| § | |
| § | |
| v. § | Case No. 2:19-cv-00347-JRG |
| § | |
| SAMSUNG ELECTRONICS CO., LTD., § | |
| ET AL § | |

MINUTES FOR JURY TRIAL DAY NO. 2
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
May 14, 2021

**OPEN: 08:27 AM**                                                                                    **ADJOURN:  05:00 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Lee Matalon<br>Cason Cole<br>Thomas Derbish |
| COURT REPORTER: | Dana Hayden, CCR, RMR, CRR, CRC |
| COURTROOM DEPUTY: | Andrea Brunson |

| TIME | MINUTES |
|---|---|
| 08:27 AM | Court opened. |
| 08:27 AM | Exhibits used prior day read into the record. |
| 08:32 AM | Jury entered the courtroom. |
| 08:31 AM | Cross examination of Mr. Stephen Dell by Mr. McKeon. |
| 09:40 AM | Redirect examination of Mr. Stephen Dell by Mr. Dixon. |
| 10:00 AM | Recross examination of Mr. Stephen Dell by Mr. McKeon. |
| 10:04 AM | Further redirect examination of Mr. Stephen Dell by Mr. Dixon. |
| 10:05 AM | Further recross examination of Mr. Stephen Dell by Mr. McKeon. |
| 10:06 AM | Witness excused. |
| 10:06 AM | Jury recessed for morning break. |
| 10:07 AM | Court recessed. |
| 10:33 AM | Court reconvened. |
| 10:33 AM | Jury returned to courtroom. |
| 10:34 AM | Witness sworn.  Direct examination of Dr. Edwin Piner by Ms. Rayburn. |
| 11:30 AM | Objection raised, to be addressed outside the presence of the jury. |

| TIME | MINUTES |
|---|---|
| 11:30 AM | Jury excused to jury room. |
| 11:30 AM | Mr. Cordell argued on behalf of Defendants. Responsive argument by Ms. Rayburn for Plaintiff. |
| 11:37 AM | Court ruled as set forth in the record. |
| 11:40 AM | Jury returned to courtroom |
| 11:41 AM | Court provided instructions to the jury re: previous line of questioning to the witness, Dr. Edwin Piner. |
| 11:43 AM | Direct examination of Dr. Edwin Piner by Ms. Rayburn, continued. |
| 11:55 AM | Objection raised, to be addressed outside the presence of the jury. |
| 11:55 AM | Jury recessed for lunch break. |
| 11:56 AM | Mr. Cordell argued on behalf of Defendants. Responsive argument by Ms. Rayburn for Plaintiff. Court OVERRULED objection. |
| 11:58 AM | Court recessed for lunch. |
| 01:08 PM | Court reconvened. |
| 01:09 PM | Mr. Dixon requested Court guidance re: a housekeeping matter re: an upcoming witness to be called to testify before Plaintiff rests its case-in-chief. |
| 01:11 PM | Jury returned to courtroom. |
| 01:12 PM | Direct examination of Dr. Edwin Piner by Ms. Rayburn, continued. |
| 01:18 PM | **Courtroom sealed.** |
| 01:18 PM | Direct examination of Dr. Edwin Piner by Ms. Rayburn, continued. |
| 02:15 PM | **Courtroom unsealed.** |
| 02:15 PM | Direct examination of Dr. Edwin Piner by Ms. Rayburn, continued. |
| 02:19 PM | **Courtroom sealed.** |
| 02:19 PM | Direct examination of Dr. Edwin Piner by Ms. Rayburn, continued. |
| 03:11 PM | **Courtroom unsealed.** |
| 03:11 PM | Jury excused for afternoon break. |
| 03:11 PM | Court recessed. |
| 03:38 PM | Court reconvened. |
| 03:39 PM | Interpreter sworn. |
| 03:40 PM | Mr. Dixon updated the Court re: the previous guidance request re: a housekeeping matter re: an upcoming witness to be called to testify before Plaintiff rests its case-in-chief. |
| 03:41 PM | Jury returned to courtroom. |
| 03:42 PM | Cross examination of Dr. Edwin Piner by Mr. Cordell. |
| 03:46 PM | **Courtroom sealed.** |
| 03:47 PM | Cross examination of Dr. Edwin Piner by Mr. Cordell, continued. |
| 04:14 PM | **Courtroom unsealed.** |
| 04:14 PM | Cross examination of Dr. Edwin Piner by Mr. Cordell, continued. |
| 04:16 PM | Objection issue raised, to be addressed outside the presence of the jury. |
| 04:17 PM | Jury excused to jury room. |
| 04:17 PM | Ms. Rayburn argued on behalf of the Plaintiff. Responsive argument by Mr. Cordell for Defendants. Court OVERRULED objection. |
| 04:19 PM | Jury returned to courtroom. |
| 04:19 PM | Cross examination of Dr. Edwin Piner by Mr. Cordell, continued. |

| TIME | MINUTES |
|---|---|
| 04:57 PM | Jury recessed for the weekend. |
| 04:58 PM | Mr. Fowler requested Court guidance re: a housekeeping matter re: an upcoming witness. |
| 05:00 PM | Court recessed for the weekend. |