IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| ACORN SEMI, LLC | § | |
| --- | --- | --- |
| | § | |
| v. | § | Case No. 2:19-cv-00347-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., ET AL | § § | |

MINUTES FOR JURY TRIAL DAY NO. 3
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
May 17, 2021

**OPEN: 08:31 AM**                                                                 **ADJOURN: 05:23 PM**

| ATTORNEYS FOR PLAINTIFF: | See attached. |
| --- | --- |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Lee Matalon<br>Cason Cole<br>Thomas Derbish |
| COURT REPORTER: | Dana Hayden, CCR, RMR, CRR, CRC |
| COURTROOM DEPUTY: | Andrea Brunson |

| TIME | MINUTES |
| --- | --- |
| 08:31 AM | Court opened. |
| 08:31 AM | Exhibits used prior day read into the record. |
| 08:34 AM | Jury entered the courtroom. |
| 08:35 AM | Cross examination of Dr. Edwin Piner by Mr. Cordell, continued. |
| 08:38 AM | **Courtroom sealed.** |
| 08:39 AM | Cross examination of Dr. Edwin Piner by Mr. Cordell, continued. |
| 09:16 AM | **Courtroom unsealed.** |
| 09:17 AM | Cross examination of Dr. Edwin Piner by Mr. Cordell, continued. |
| 09:22 AM | Redirect examination of Dr. Edwin Piner by Ms. Rayburn. |
| 09:51 AM | **Courtroom sealed.** |
| 09:52 AM | Redirect examination of Dr. Edwin Piner by Ms. Rayburn, continued. |
| 09:59 AM | Recross examination of Dr. Edwin Piner by Mr. Cordell. |
| 10:07 AM | Further redirect examination of Dr. Edwin Piner by Ms. Rayburn. |
| 10:10 AM | Witness excused. |
| 10:10 AM | **Courtroom unsealed.** |

| TIME | MINUTES |
|---|---|
| 10:10 AM | Jury excused for recess. |
| 10:11 AM | Court recessed. |
| 10:28 AM | Court reconvened. |
| 10:29 AM | Jury returned to courtroom. |
| 10:30 AM | Witness sworn.  Direct examination of Dr. Hong-Lae Park by Mr. Reiter. |
| 10:38 AM | **Courtroom sealed.** |
| 10:39 AM | Direct examination of Dr. Hong-Lae Park by Mr. Reiter, continued. |
| 11:16 AM | Cross examination of Dr. Hong-Lae Park by Mr. Fowler. |
| 12:06 AM | Redirect examination of Dr. Hong-Lae Park by Mr. Reiter. |
| 12:14 PM | Recross examination of Dr. Hong-Lae Park by Mr. Fowler. |
| 12:15 PM | **Courtroom unsealed.** |
| 12:16 PM | Jury excused for lunch. |
| 12:18 PM | Court instructed the parties to (1) meet and confer; and (2) submit and furnish to the Court (via email to the law clerk) an updated joint submission of proposed final jury instructions and verdict form in Word version format by 3:00 PM tomorrow afternoon. |
| 12:18 PM | Court recessed for lunch. |
| 01:16 PM | Court reconvened. |
| 01:16 PM | Court requested an update from the parties re: an issue raised this morning during in-chambers meeting re: MIL.  The parties reported no resolution at this time.  The parties will update the Court re: progress. |
| 01:18 PM | Jury returned to courtroom. |
| 01:19 PM | On behalf of Plaintiff, Mr. Dixon read into the record Samsung's response to Interrogatory No. 5. |
| 01:21 PM | Plaintiff rested its case-in-chief |
| 01:21 PM | Witness sworn.  Direct examination Dr. Jason Reifsnider by Mr. McKeon. |
| 01:49 PM | **Courtroom sealed.** |
| 01:49 PM | Direct examination Dr. Jason Reifsnider by Mr. McKeon, continued. |
| 02:22 PM | Cross examination Dr. Jason Reifsnider by Ms. Rayburn. |
| 02:54 PM | Redirect examination Dr. Jason Reifsnider by Mr. McKeon. |
| 03:00 PM | Witness excused. |
| 03:01 PM | Jury recessed for afternoon break. |
| 03:01 PM | **Courtroom unsealed.** |
| 03:01 PM | Court recessed for afternoon break. |
| 03:22 PM | Court reconvened. |
| 03:23 PM | Jury returned to courtroom. |
| 03:23 PM | Witness sworn.  Direct examination of Dr. Jeffrey Bokor by Mr. Cordell. |
| 03:54 PM | **Courtroom sealed.** |
| 03:54 PM | Direct examination of Dr. Jeffrey Bokor by Mr. Cordell, continued. |
| 04:28 PM | **Courtroom unsealed.** |
| 04:28 PM | Direct examination of Dr. Jeffrey Bokor by Mr. Cordell, continued. |
| 04:45 PM | **Courtroom sealed.** |
| 04:46 PM | Direct examination of Dr. Jeffrey Bokor by Mr. Cordell, continued. |
| 05:08 PM | **Courtroom unsealed.** |
| 05:09 PM | Jury excused for recess. |

| TIME | MINUTES |
|---|---|
| 05:10 PM | Court recessed. |
| 05:19 PM | Court reconvened. |
| 05:20 PM | Jury returned to courtroom. |
| 05:21 PM | Jury excused until tomorrow morning. |
| 05:23 PM | Court recessed until tomorrow morning. |