IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACORN SEMI, LLC, | § |
| *Plaintiff*, | § § § |
| v. | §  CIVIL ACTION NO. 2:19-CV-00347-JRG |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, | § § § § § § § |
| *Defendants*. | § § |

# VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "Acorn" refers to Plaintiff Acorn Semi, LLC

- "Samsung" refers collectively to Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, LLC

- The "'336 Patent" refers to U.S. Patent No. 8,766,336.

- The "'167 Patent" refers to U.S. Patent No. 9,461,167.

- The "'691 Patent" refers to U.S. Patent No. 9,905,691.

- The "'395 Patent" refers to U.S. Patent No. 10,090,395.

- The "Patents-in-Suit" refers collectively to the '336 Patent, the '167 Patent, the '691 Patent, and the '395 Patent.

- The "Asserted Claims" refers collectively to

    o Claim 13 of the '336 Patent;

    o Claims 1 and 6 of the '167 Patent;

    o Claims 6, 8, and 19 of the '691 Patent; and

    o Claims 17 and 20 of the '395 Patent.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM.

## READ THEM CAREFULLY AND ENSURE YOUR VERDICT COMPLIES WITH THEM.

## QUESTION NO. 1:

Did Acorn prove by a preponderance of the evidence that Samsung infringed **ANY** of the following Asserted Claims?

**Check "Yes" or "No" for each Asserted Claim.**

| Claim | Yes | No |
|---|---|---|
| Claim 13 of the '336 Patent | ✓ | |
| Claim 1 of the '167 Patent | ✓ | |
| Claim 6 of the '167 Patent | ✓ | |
| Claim 6 of the '691 Patent | ✓ | |
| Claim 8 of the '691 Patent | ✓ | |
| Claim 19 of the '691 Patent | ✓ | |
| Claim 17 of the '395 Patent | ✓ | |
| Claim 20 of the '395 Patent | ✓ | |

**If you answered "NO" to *ALL* Asserted Claims in Question 1, proceed to the Final Page of the Verdict Form and DO NOT answer any other questions.**

4

**Answer Question No. 2 ONLY as to any Asserted Claim that you have found to be infringed.**

**If you answered "NO" to *ALL* Asserted Claims in Question No. 1, then DO NOT answer Question No. 2.**

**QUESTION NO. 2:**

Did Acorn prove by a preponderance of the evidence that Samsung **willfully** infringed **ANY** of the Asserted Claims that you found were infringed?

Yes: _____   No: ✓

**Answer Question No. 3a and Question No. 3b ONLY as to any Asserted Claim that you have found to be infringed.**

**If you answered "NO" to *ALL* Asserted Claims in Question No. 1, then DO NOT answer Question No. 3a or Question No. 3b.**

### QUESTION NO. 3a:

What sum of money, if any, paid now in cash, has Acorn proven by a preponderance of the evidence would compensate Acorn for its damages resulting from infringement?

**Answer in United States Dollars and Cents, if any:**

$ _____25,000,000_____

## QUESTION NO. 3b:

Is the amount you awarded in Question No. 3a a lump-sum or a running royalty?

**Check one of the following:**

    __✓__ Lump Sum

    **OR**

    _____ Running Royalty

## FINAL PAGE OF JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **unanimous** determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this 19th day of May, 2021.

_____
Jury Foreperson