**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ACORN SEMI, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-00347-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., SAMSUNG SEMICONDUCTOR, | § | |
| INC., SAMSUNG AUSTIN | § | |
| SEMICONDUCTOR, LLC, | § | |
| | § | |
| *Defendants*. | § | |

**FINAL JUDGMENT**

A jury was empaneled on April 30, 2021 and a jury trial commenced on May 13, 2021. On May 19, 2021, the jury reached and returned its unanimous verdict finding that Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, LLC (collectively, "Samsung") infringed each of Claim 13 of U.S. Patent No. 8,766,336; Claims 1 and 6 of U.S. Patent No. 9,461,167; Claims 6, 8, and 19 of U.S. Patent No. 9,905,691; and Claims 17 and 20 of U.S. Patent No. 10,090,395; that Samsung's infringement was not willful; and that Plaintiff Acorn Semi, LLC ("Acorn") should have and recover from Samsung a lump sum of $25,000,000.00 as a reasonable royalty for such infringement. (Dkt. No. 368).

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the jury's unanimous verdict and the entirety of the record, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Samsung has infringed Claim 13 of U.S. Patent No. 8,766,336; Claims 1 and 6 of U.S. Patent No. 9,461,167; Claims 6, 8, and 19 of U.S. Patent No. 9,905,691; and Claims 17 and 20 of U.S. Patent No. 10,090,395;

2. Samsung's infringement was not willful;

3. Acorn is hereby awarded damages from and against Samsung and shall accordingly have and recover from Samsung, jointly and severally, the sum of **twenty-five million United States Dollars and no cents ($25,000,000.00)** as a lump-sum reasonable royalty;

4. Pursuant to 35 U.S.C. § 284 and Supreme Court guidance that "prejudgment interest shall ordinarily be awarded absent some justification for withholding such an award,"[1] the Court awards pre-judgment interest applicable to all sums awarded herein, calculated at the 5-year U.S. Treasury Bill rate, compounded quarterly, from the date of infringement through the date of entry of this Judgment;[2]

5. Pursuant to 28 U.S.C. § 1961, the Court awards post-judgment interest applicable to all sums awarded herein, at the statutory rate, from the date of entry of this Judgment until paid; and

6. Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Plaintiff Acorn Semi, LLC is the prevailing party in this case and shall recover its costs from Samsung, jointly and severally.

All other relief requested by either party is **DENIED**.

---

[1] *General Motors Corp. v. Devex Corp.*, 461 U.S. 648, 657 (1983).
[2] *See Nickson Indus., Inc. v. Rol Mfg. Co., Ltd.*, 847 F.2d 795, 800–801 (Fed. Cir. 1988).

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 13th day of July, 2021.**

```
_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE
```